E-FILED
Friday, 07 March, 2008 10:49:20 AM
Clerk, U.S. District Court, ILCD

Dear Sirs:     RE: 99-20030-001

I was convicted for a crack cocaine offense at the Urbana Federal Courthouse Oct. of 1999. The new cocaine amendments to the guidelines and retroactivity directly affects my sentence.

I do not have nor can I afford legal representation. I do not know how to present my case properly. I would like the court to appoint the Federal Public Defender's Office to represent me in this matter.

I do not know how much my sentence will be changed but I would like the entire judgement reopened and a better look at the high supervised release time period I was given. The sentence of supervised release is draconian and I would pray that the court grant relief. Thank you.

Sincerely Yours,

Christopher Strader

Christopher Strader 99-20030-001
122 W. Hill St
Champaign, IL 61820
217-356-7576

RECEIVED 2008 MAR -6 AM 11:26 US PROBATION-URBANA

FILED
MAR - 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS